# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| AMANDA WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-CV-15 RLW |
| | ) |
| PREFERRED FAMILY HEALTHCARE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (ECF No. 44),

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 31st day of May, 2023.